# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 134 MM 2022

                    Respondent    :

                           v.    :

RAUL CARABALLO,    :

                    Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of April, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Petitioner is allotted 15 days in which to file his Petition for Allowance of Appeal.